NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5166

TEODORO HIGUERA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-381, Judge Lawrence J. Block.

ON MOTION

<u>ORDER</u>

The appellant moves without opposition for a 6-day extension of time, until April 21, 2009, to file his response to the court's November 7, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Sallie W. Gladney, Esq.
        Deborah K. Snyder, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 17 2009

JAN HORBALY
CLERK